```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16990
   ALBERT R JONES
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9337


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
   The case was filed on 06/30/2008 and was not confirmed.

   The case was dismissed without confirmation 10/02/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED           4530.00          .00           .00
SPRINT PCS                 UNSECURED         NOT FILED          .00           .00
AMERITECH CONSUMER IL      UNSECURED         NOT FILED          .00           .00
T MOBILE                   UNSECURED         NOT FILED          .00           .00
COMCAST                    UNSECURED         NOT FILED          .00           .00
HOUSEHOLD CREDIT SERVICE   UNSECURED         NOT FILED          .00           .00
NIPSCO                     UNSECURED           1024.91          .00           .00
VERIZON WIRELESS           UNSECURED         NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED            526.50          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           3995.50          .00           .00
THAYER C TORGERSON         DEBTOR ATTY            .00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                     --------------         --------------
TOTALS                     .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 16990 ALBERT R JONES